MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> ARNOLDO SANCHEZ FARIAS, ) <br> ) <br>     Defendant. ) <br> ) | No. CR 11-0647 RS <br><br> **STIPULATION AND [**~~PROPOSED~~**] ORDER EXCLUDING TIME** |

    On September 27, 2011, and November 8, 2011, the Court held status hearings in this matter.  At the November 8 hearing, the Court set January 24, 2012, as the date for a hearing on an anticipated motion for discovery.  At each status hearing, counsel requested that time between the hearings be excluded from any time limits applicable under 18 U.S.C. § 3161, for the purpose of effective preparation.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  Also at each status hearing, the Court made findings that the ends of justice served by granting such an exclusion of time outweighed the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 11-0647 RS

**1**   On January 5, 2012, the defendant filed a motion to compel discovery, and the
**2** government filed its opposition on January 17, 2012.  On January 26, 2012, the Court referred
**3** the discovery issue to a Magistrate.  On January 31, 2012, Chief Magistrate James, who received
**4** the discovery referral, denied the defendant's motion without prejudice, pending the submission
**5** of a joint letter pursuant to her procedure for addressing discovery disputes.
**6**   As Judge James denied the motion, the parties will proceed with adjudication of the
**7** discovery issue according to Judge James' method.  Therefore, the parties request that the period
**8** of time from the date of this Order to the next setting of a status hearing or other proceeding
**9** before this Court be excluded from any time limits applicable under 18 U.S.C. § 3161, for the
**10** purpose of effective preparation.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**12**   SO STIPULATED:

                                                     MELINDA HAAG
                                                     United States Attorney

DATED: March 19, 2012                                       /s/
                                                     KEVIN J. BARRY
                                                     Assistant United States Attorney


DATED: February 8, 2012                                     /s/
                                                     STEVEN E. TEICH
                                                     Attorney for ARNOLDO SANCHEZ
                                                     FARIAS

                             [~~PROPOSED~~] ORDER

   For the reasons stated above and at the September 27, 2011, and November 8, 2011, hearings, the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 the period from September 27, 2011, through January 31, 2012, and from the date of this Order through the next setting of a status hearing or other proceeding before this Court is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).  The failure to grant the requested

STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 11-0647 RS                           2

1  exclusion of time would deny counsel for the defendant and for the government the reasonable
2  time necessary for effective preparation, taking into account the exercise of due diligence, and
3  would affect continuity of counsel, resulting in a miscarriage of justice.  18 U.S.C. §
4  3161(h)(7)(B)(iv).

5
6       IT IS SO ORDERED.
7  DATED: 3/21/12                          _____
                                            THE HONORABLE RICHARD SEEBORG
8                                           United States District Judge

STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME
CR 11-0647 RS                                3